IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PERCIVAL LARONA WILLIAMS,**

    **Plaintiff,**

v.                                           Case No. 1:22-cv-332-AW-MAF

**KATRINIA LENAIR DANIELS,**
**et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 30, 2023 report and recommendation. ECF No. 22. I have also considered de novo the issues raised in Plaintiff's objection. ECF No. 31. It is now ordered that the report and recommendation is adopted and incorporated into this order (except for Section V). The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to disclose litigation history."

Plaintiff's objection indicated he wished to appeal. The court interpreted that as an appeal of (or objection to) the magistrate judge's report and recommendation. If Plaintiff wishes to appeal the final judgment that will follow this order, he must file a separate notice of appeal.

The motion for appointed counsel (ECF No. 33) is DENIED.

The clerk will close the file.

SO ORDERED on February 9, 2023.

                                                 s/ *Allen Winsor*
                                                 United States District Judge